IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM CUNNINGHAM, JR., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 16-0180-CG-N ) |
| GEORGE KOUNS, M.D., et al., | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed,[1] the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants George Kouns, M.D., Hugh Hood, M.D., Karen Stone, M.D., Nykeiliya Jackson, L.P.N., Cindy Johnson, L.P.N., and Ashley Walls, L.P.N., and all claims presented against these defendants are **DISMISSED** with prejudice.

**DONE and ORDERED** this 9th day of June, 2017.

/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Clerk's Office advised the Court that Plaintiff telephoned the Clerk's Office on April 25, 2017, and advised that he had been released. The Clerk explained to the Plaintiff that he needed to file a written notice of change of address, and that the Report and Recommendation had been entered. The Clerk further read portions of the recommendation to Plaintiff at his request. Plaintiff did not notify the Court of his address, but because he was told what the recommendation of the Magistrate Judge was in this case the Court finds that the Plaintiff has had sufficient notice of the Report and Recommendation.