IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAM CUNNINGHAM, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 16-180-CG-N |
| MR. KNOUS, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Orders entered on this date and on June 9, 2017 (Doc. 39), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Defendants and against the Plaintiff, such that all claims against Gloria McClain are **DISMISSED without prejudice** and all claims against the other Defendants are **DISMISSED with prejudice**.

**DONE and ORDERED** this 10th day of August, 2017.

/s/ Callie V. S.Granade
SENIOR UNITED STATES DISTRICT JUDGE